# UNITED STATES DISTRICT COURT
for the

District of South Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  11-mj-01139-KLM |
| ANDRES ALVARES | ) | |
| | ) | Charging District:  South Dakota |
| *Defendant* | ) | Charging District's Case No.  CR11-50087 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court 515 Ninth Street, Room 302 Rapid City, SD 57701 | Courtroom No.: 302 |
|---|---|---|
| | | Date and Time: September 26, 2011 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:     Sep 15, 2922

*Judge's signature*

U. S. Magistrate Judge Michael J. Watanabe
*Printed name and title*

Defendant is also to report to U.S. Probation at 9:00 a.m. prior to his appearance in court.